Lauren M. Hausman (CA Bar No. 349514)
**COPYCAT LEGAL PLLC**
113 N San Vicente Blvd
Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

Attorney for Plaintiff
TOM HUSSEY PHOTOGRAPHY, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM HUSSEY PHOTOGRAPHY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SENIOR DOC MANAGEMENT, LLC and LINDA HAWA,<br><br>Defendants. | Civil Action No. 2:25-cv-02446<br><br>**COMPLAINT** |

Plaintiff Tom Hussey Photography, LLC ("Plaintiff") sues defendants Senior Doc Management, LLC ("Senior Doc") and Linda Hawa ("Hawa") (collectively the "Defendants"), and alleges as follows:

## THE PARTIES

1. Plaintiff is a limited liability company organized and existing under the laws of the State of Texas with its principal place of business located in Dallas, Texas.

2. Senior Doc is a limited liability company organized and existing under the laws of the State of California with its principal place of business located at 5 Hutton Centre Drive, Suite 950, Santa Ana, CA 92707. Senior Doc's agent for service of process is Vcorp Agent Services, Inc., 330 N Brand Blvd, Glendale, CA 91203.

3. Hawa is an individual who is a citizen of the state of California residing at 162 S Citrus St, Orange, CA 92868.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over Defendants because it has maintained sufficient minimum contacts with this State such that the exercise of personal jurisdiction over it would not offend traditional notices of fair play and substantial justice.

6. Venue properly lies in this district pursuant to 28 U.S.C. § 1400(a)


COPYCAT LEGAL PLLC
113 N. SAN VICENTE BLVD., SUITE 232 • BEVERLY HILLS, CA 90211
TELEPHONE (877) 437-6228

because Defendants or their agents reside or may be found in this district. "The Ninth Circuit has interpreted Section 1400(a) to mean that venue is proper in any judicial district in which the defendant would be amenable to personal jurisdiction." Righthaven LLC v. Inform Techs., Inc., No. 2:11-CV-00053-KJD-LRL, 2011 U.S. Dist. LEXIS 119379, at *8 (D. Nev. Oct. 14, 2011) (citing Brayton Purcell LLP v. Recordon & Recordon, 606 F.3d 1124, 1128 (9th Cir. 2010)).

## FACTS

### I. Plaintiff's Business and History

7. Plaintiff's principal/sole member (Tom Hussey) is a well-known and highly regarded photographer specializing in commercial advertising and lifestyle photography.

8. Respected industry wide for his lifestyle photography and admired for his lighting techniques, Mr. Hussey has worked on local, national, and international advertising/marketing campaigns during the course of his long career as a professional photographer.

9. Mr. Hussey has received numerous awards and accolades throughout his career, including several ADDY awards (from the American Advertising Federation), being named as one of the 'Top 10 Creatives in the World' by Adweek Magazine, being selected as one of the 'Top 200 Advertising Photographers Worldwide' by Luerzer's Archive, and having his work featured in the

Communication Arts Photography Annual.

## II. The Work at Issue in this Lawsuit

10. From 2009 through 2012, Mr. Hussey created a series of highly conceptual photographs titled “Reflections,” showing elderly people looking pensively at their younger self-reflections in a mirror.

11. The project was commissioned by Norvatis in connection with a marketing campaign for the introduction of its new Alzheimer’s drug called the Exelon Patch.

12. To create the ‘Reflections’ photographs, Mr. Hussey worked with a multitude of adult models in both the New York City area and in Paris, France on four different photo shoots from 2009 through 2012. Those photo shoots required multiple dates on location and dozens if not hundreds of hours in post-processing.

13. The ‘Reflections’ series was so well-received that it won a Gold ADDY award from the American Advertising Foundation and all of the images were utilized as part of Novartis’ ad campaign.

14. Mr. Hussey published a total of approximately sixteen (16) photographs as part of the ’Reflections’ series. Five (5) of those photographs are the subject of this lawsuit. The first photograph is of an elderly man viewing his



COPYCAT LEGAL PLLC
113 N. SAN VICENTE BLVD., SUITE 232 • BEVERLY HILLS, CA 90211
TELEPHONE (877) 437-6228

younger self (as a fireman) and is titled "N-46-Fireman-Caregiver-2" (the "Fireman Photograph"). A copy of the Fireman Photograph is displayed below:



15. The second photograph is of an elderly woman viewing her younger self (as a nurse) titled "N-46-Nurse" (the "Nurse Photograph"). A copy of the Nurse Photograph is displayed below:


COPYCAT LEGAL PLLC
113 N. SAN VICENTE BLVD., SUITE 232 • BEVERLY HILLS, CA 90211
TELEPHONE (877) 437-6228



16. The third photograph is of an elderly man viewing his younger self (as a soldier) and is titled "N-46-Soldier-Crop" (the "Soldier Photograph"). A copy of the Soldier Photograph is displayed below:



17. The fourth photograph is of an elderly man viewing his younger self (as a graduate) and is titled "N-46-Graduate-2" (the "Graduate Photograph"). A copy of the Graduate Photograph is displayed below:



18. The fifth photograph is of an elderly woman viewing her younger self (as a teacher) titled "N-46-Teacher-4" (the "Teacher Photograph"). A copy of the Teacher Photograph is displayed below:



COPYCAT LEGAL PLLC
113 N. SAN VICENTE BLVD., SUITE 232 • BEVERLY HILLS, CA 90211
TELEPHONE (877) 437-6228



19. The Fireman Photograph, Nurse Photograph, Soldier Photograph, Graduate Photograph, and Teacher Photograph are collectively referred to herein as the "Work."

20. The Work was registered by Plaintiff with the Register of Copyrights on June 8, 2009 and was assigned Registration No. VAu 900-319. A true and correct copy of the Certificate of Registration pertaining to the Work is attached hereto as **Exhibit "A."**

21. In 2019, Mr. Hussey executed an Assignment and Transfer of Copyrights that transferred all of his rights, title, and interest to all of Mr. Hussey's copyrights (including but not limited to the Work) to Plaintiff. As a result thereof,

Plaintiff is the owner of the Work and has remained the owner at all times material hereto.

**II. Defendants' Unlawful Activities**

22. Senior Doc owns and operates a senior healthcare company.

23. Senior Doc advertises/markets its business through its website (https://seniordoc.com/), social media (e.g., https://www.facebook.com/MobileSeniorCare/ and https://www.instagram.com/seniordoc1/), and other forms of advertising.

24. Hawa is either an employee of Senior Doc or serves as an independent contractor that is associated with Senior Doc.

25. As of the date of this Complaint, Hawa is identified on Senior Doc's LinkedIn as Senior Doc's "Director of Business Development" and "Director of Community Relations" (see https://www.linkedin.com/company/seniordoc/people/).

26. Hawa utilizes her LinkedIn page to promote and/or market the business activities of Senior Doc (at https://www.linkedin.com/in/linda-hawa-7aa138221/). Hawa regularly posts content advertising and marketing the services of Lifetime Hearing Services to her LinkedIn and other social media pages (at https://www.linkedin.com/in/linda-hawa-7aa138221/recent-activity/all/):


Linda Hawa • 3rd+
+ Follow
Director of Business Development
2mo •
https://lnkd.in/gYVd428d
Memory Connect
+ Follow
240 followers
2mo •
Senior Doc is your Primary Care Cognitive Impairment Expert!
#dementia #dementiaawareness #dementiacare #dementiasup ...more
Senior Doc presents:
Enhancing Cognitive Care in Your Community -
Easy as 1, 2, 3
Senior Doc is your Primary Care Cognitive Impairment Expert
Benefits of the GUIDE program:
Medical provider with cognitive care expertise that comes to you.
Care Navigator for all your support and educational resources.
Eligible for up to $2500 in private duty care services.
Access to a 24/7 helpline.
Team of Geriatric Behavioral Health clinicians available to support.
The Senior Doc team will come onsite and:
1 Identify and verify insurance.
2 Provide benefits of the program.
3 Provide onsite resident screening.
This program is available at no cost to the community and no out-of-pocket cost to the residents.
401-MY-GUIDE | MemoryConnect.com
13
Like
Comment
Repost
Send


Linda Hawa • 3rd+
+ Follow
Director of Business Development
5mo •
https://lnkd.in/gBiDuUTq
Senior Doc
+ Follow
6,532 followers
5mo • Edited •
Join the Senior Doc and ActivCare Living team on 9/10 & 9/17! Enhance & improve your Alzheimer's experience with two free seminars for family caregivers featuring Memory Care and medical experts. ...more
Attend One or Both!
ActivCare Residential Memory Care
Senior Doc Guiding You To Better Health
Alzheimer's Town Hall Forum
Enhance & Improve Your Alzheimer's Experience
Two free interactive seminars for family caregivers featuring Memory Care and medical experts
Medical and memory care experts will provide practical advice for family caregivers of those with Alzheimer's or related dementia. Learn how to access the best care for your loved one.
September 10
10 am to 11:30 am
ActivCare Yorba Linda
4725 Valley View Ave
Yorba Linda, CA 92886
&
September 17
10 am to 11:30 am
ActivCare Orange
2926 E Chapman Ave
Orange, CA 92869
Bring your questions and pick up resources to support your caregiving journey.
• Gain tools to become a more effective caregiver
• Learn how to address common behaviors, such as sundowning and agitation
• Discover resources available to you
ActivCare Town Hall Forum ALZ Caregiver Education
To reserve your spot, call ActivCare at 1-888-636-5677, visit activcareliving.com, or scan here:
These events are free, but reservations are required.
ActivCare Yorba Linda
4725 Valley View Ave
(714) 660-7757
ActivCare Orange
2629 E. Chapman Ave
(714) 266-1227
Senior Doc
Guiding You To Better Health
Where compassion meets innovation in senior healthcare.
seniordoc.com
with Isaac Hagerman and 7 others
24
Like
Comment
Repost
Send


Linda Hawa • 3rd+
Director of Business Development
1yr •
+ Follow
Who is ready for a Community Crawl!?!? Join Senior Doc on March 14th with touring these beautiful Fullerton communities!
#CommunityCrawl #SeniorLivingProfessionals #networking #assistedliving #memorycare
FULLERTON
COMMUNITY CRAWL
Hosted by:
Senior Doc
On-Site Primary Care
THURSDAY, MARCH 14TH
Join industry professionals in touring one or all of Fullerton's Independent, Assisted Living and Memory Care communities. These premier communities will be showcasing their model apartments, introducing their teams and sharing St. Patrick's Day treats.
11AM-12PM
Oakmont of Fullerton
433 West Bastanchury Road
12PM-1PM
Ivy Park at Fullerton
2226 North Euclid Street
1PM-2PM
Sunnycrest Senior Living
1925 Sunny Crest Drive
2PM-3PM
Park Vista
2525 North Brea Blvd.
3PM-4PM
Crescent Landing at Fullerton
1510 East Commonwealth Ave.
No need to RSVP for this open house style event and find out what makes each community stand out! Reach out to Brent Rodriguez at 714-809-8403 or Brent@SeniorDoc.com with any questions.
38
2 comments
Like
Comment
Repost
Send




27. In 2023 (after the above-referenced copyright registration of the


COPYCAT LEGAL PLLC
113 N. SAN VICENTE BLVD., SUITE 232 • BEVERLY HILLS, CA 90211
TELEPHONE (877) 437-6228

Work), Defendants displayed and/or published the Work on their website, webpage, and/or social media (at [https://www.linkedin.com/posts/linda-hawa-7aa138221_respect-seniorcare-activity-7040775426608152576-NFjE/?trk=public_profile](https://www.linkedin.com/posts/linda-hawa-7aa138221_respect-seniorcare-activity-7040775426608152576-NFjE/?trk=public_profile)):




28. A true and correct copy of screenshots of Defendants' website, webpage, and/or social media, displaying the copyrighted Work, is attached hereto

as **Exhibit "B."**

29. Defendants are not and have never been licensed to use or display the Work. Defendants never contacted Plaintiff to seek permission to use the Work in connection with its website, webpage, social media, or for any other purpose.

30. Defendants utilized the Work for commercial use.

31. Upon information and belief, Defendants located a copy of the Work on the internet and, rather than contact Plaintiff to secure a license, simply copied the Work for its own commercial use.

32. Through its ongoing diligent efforts to identify unauthorized use of its photographs, Plaintiff first discovered Defendants' unauthorized use/display of the Work on April 30, 2024. Following Plaintiff's discovery, Plaintiff notified Defendants in writing of such unauthorized use.

33. All conditions precedent to this action have been performed or have been waived.

**COUNT I – COPYRIGHT INFRINGEMENT**

**(All Defendants)**

34. Plaintiff re-alleges and incorporates paragraphs 1 through 33 as set forth above.



COPYCAT LEGAL PLLC
113 N. SAN VICENTE BLVD., SUITE 232 • BEVERLY HILLS, CA 90211
TELEPHONE (877) 437-6228

35. Each photograph comprising the Work is an original work of authorship, embodying copyrightable subject matter, that is subject to the full protection of the United States copyright laws (17 U.S.C. § 101 *et seq.*).

36. Plaintiff owns a valid copyright in each photograph comprising the Work, having registered the Work with the Register of Copyrights and owning sufficient rights, title, and interest to such copyright to afford Plaintiff standing to bring this lawsuit and assert the claim(s) herein.

37. As a result of Plaintiff's reproduction, distribution, and public display of the Work, Defendants had access to the Work prior to their own reproduction, distribution, and public display of the Work on their website, webpage, and/or social media.

38. Defendants reproduced, distributed, and/or publicly displayed the Work without authorization from Plaintiff.

39. By their actions, Defendants infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501. Defendants' infringement was either direct, vicarious, and/or contributory.

40. Defendants' infringement was willful as they acted with actual knowledge or reckless disregard for whether their conduct infringed upon Plaintiff's copyright.


COPYCAT LEGAL PLLC
113 N. SAN VICENTE BLVD., SUITE 232 • BEVERLY HILLS, CA 90211
TELEPHONE (877) 437-6228

41. Plaintiff has been damaged as a direct and proximate result of Defendants' infringement.

42. Plaintiff is entitled to recover its actual damages resulting from Defendants' unauthorized use of the Work and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b)), Plaintiff is entitled to recover damages based on a disgorgement of Defendants' profits from infringement of the Work which amounts shall be proven at trial.

43. Alternatively, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

44. Pursuant to 17 U.S.C. § 505, Plaintiff is further entitled to recover its costs and attorneys' fees as a result of Defendants' conduct.

45. Defendants' conduct has caused, and any continued infringing conduct will continue to cause, irreparable injury to Plaintiff unless enjoined by the Court. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

**WHEREFORE**, Plaintiff demands judgment against Defendants as follows:

a. A declaration that Defendants have infringed Plaintiff's copyrights in the Work;

b. An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for each photograph comprising the Work;

c. Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

d. Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

e. Permanently enjoining Defendants, their employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendants, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market any works derived or copied from the Work or to participate or assist in any such activity; and

f. For such other relief as the Court deems just and proper.



COPYCAT LEGAL PLLC
113 N. SAN VICENTE BLVD., SUITE 232 • BEVERLY HILLS, CA 90211
TELEPHONE (877) 437-6228

DATED: March 20, 2025.

**COPYCAT LEGAL PLLC**

By: /s/ Lauren M. Hausman
Lauren M. Hausman, Esq.
Attorney for Plaintiff
Tom Hussey Photography, LLC



COPYCAT LEGAL PLLC
113 N. SAN VICENTE BLVD., SUITE 232 • BEVERLY HILLS, CA 90211
TELEPHONE (877) 437-6228